**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music Incorporated, et al., | No. CV-19-05481-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| KCS Holdings LLC, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' response to the order to show cause. (Doc. 18.) Although the Court remains uncomfortable with the notion of retaining jurisdiction over this matter in perpetuity, as the first proposed consent judgment would have required it to do, the response persuasively explains why it would be appropriate to retain jurisdiction for the limited period of time during which the installment payments are expected to be made. (*Id.* at 2 ["The parties here entered into a settlement agreement in late January for an amount to be paid in six monthly installments, with the last one due in July 2020."].)

Accordingly, the parties are welcome to re-file an amended proposed consent judgment that amends paragraph four (which previously provided that "This Court shall retain jurisdiction over this matter for enforcement of this Judgment") to read as follows: "This Court shall retain jurisdiction over this matter until August 15, 2020 for enforcement of this Judgment." Additionally, the amended proposed consent judgment should not …

contain the first paragraph that appeared in the original version, for the reasons previously explained. (Doc. 16 at 1 n.1.)

**IT IS ORDERED** that by **April 30, 2020**, Plaintiffs shall either (1) file an amended proposed consent judgment as discussed above, or (2) file a response, not to exceed five pages, explaining why the modifications discussed above remain problematic.

Dated this 23rd day of April, 2020.

_____
Dominic W. Lanza
United States District Judge